Application for Search and Seizure Warrant (Rev. 9/2021)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

☐ FILED ☐ LODGED
☐ RECEIVED
Dec 16 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**In the Matter of the Search of:**

KAMARA, Sidiki Mohamed,
DOB ▓▓▓ 2002

Case No. 3:21-mj-05262

## APPLICATION FOR A SEARCH WARRANT FOR BLOOD SAMPLE

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that a sample of blood consisting of one of more tubes or vials should be taken from the following person:

KAMARA, Sidiki Mohamed, DOB ▓▓▓ 2002

located in the Western District of Washington and that this blood sample is evidence of the following crime or crimes.

- ☐ Driving While Under the Influence in violation of RCW 46.61.502, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
- ☒ Physical Control of a Vehicle While Under the Influence of Alcohol or Drugs in violation of RCW 46.61.504, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
- ☐ Driver under Twenty-One Consuming Alcohol or Marijuana in violation of RCW 46.61.503 and 18 U.S.C. § 13
- ☐ Vehicular Homicide in violation of RCW 46.61.520 and 18 U.S.C. § 13
- ☐ Vehicular Assault in violation of RCW 46.61.524 and 18 U.S.C. § 13
- ☐ _____

This application is based on the facts set forth in the attached affidavit which is incorporated herein as if fully set forth.

Pursuant to Fed. R. Crim. P. 4.1 & 41(d)(3), this warrant is presented:

☒ By reliable electronic means.    ☐ Telephonically (and recorded).

*Eddy Becerra Fernandez*
Applicant's Signature
FERNANDEZ, Eddy Becerra JBLM Patrol Supervisor

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on this 16th day of December, 2021.

*Theresa L. Fricke*
THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE